

NORTH CAROLINA WESTERN
MEMORANDUM

Date: September 20, 2016

To: The Honorable Max O. Cogburn Jr.
U.S. District Judge

From: Richard Bogan
U.S. Probation Officer

Subject: Jessica Gregoriev
Docket No. 3:13CR00131-MOC-1
Request for Permission to Travel to Barcelona, Spain



This is in reference to the above named offender, convicted on April 3, 2014 of Misprision of a Felony and sentenced to 21 months imprisonment, followed by supervised release for a term of one (1) year. Special Conditions: (1) Submit to a Mental Health Assessment and treatment at the direction of the Probation Office (completed) and (2) The Probation Office shall monitor the defendant's financial circumstances and reports any changes to the court (no changes to date).

Ms. Gregoriev has requested permission to travel to Barcelona, Spain in December 2016 with her boyfriend for leisure. Ms. Gregoriev has a travel voucher which will expire prior to the completion of her supervised release on December 23, 2016. The defendant has been in full compliance with her conditions and has reported to her supervising officer at all times to date. If granted permission, the defendant will plan to travel in December 2016 and will provide the supervising officer with details regarding her travel upon booking.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 743-6000.

[ X ]    Permission to Travel Approved

[  ]    Permission to Travel Denied

Signed: September 20, 2016

*Max O. Cogburn Jr.*
*United States District Judge*

Max O. Cogburn Jr., United States District Judge